UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 25050
   JOSEPH GEORGE EWONAITIS SR
   SABINE CHARLOTTE EWONAITIS               CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-8955     SSN XXX-XX-6359
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/06/04 and confirmed on 09/07/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 128706.37 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE | CURRENT MORTG | 93205.62 | .00 | 93205.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 326.06 | .00 | 208.44 |
| ROUNDUP FUNDING LLC | UNSECURED | 9351.76 | .00 | 5978.27 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2561.33 | .00 | 1637.37 |
| SMC | UNSECURED | 409.43 | .00 | 261.73 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2067.55 | .00 | 1321.72 |
| DISCOVER BANK | UNSECURED | 7569.37 | .00 | 4838.85 |
| DISCOVER BANK | UNSECURED | 4211.70 | .00 | 2692.40 |
| FNANB | UNSECURED | 2591.68 | .00 | 1656.77 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6847.00 | .00 | 4377.06 |
| KOHLS | UNSECURED | 393.42 | .00 | 251.50 |
| WELLS FARGO FINANCIAL RE | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 2400.00 | .00 | 2400.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 95605.62 | .00 | 36329.30 | .00 | 131934.92 |
| PRINCIPAL PAID | 95605.62 | .00 | 23224.11 | .00 | 118829.73 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 95605.62 | .00 | 23224.11 | .00 | 118829.73 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   5640.27 .

Refunds to the Debtor totaled $   1536.37 .

Wherefore, the Trustee requests an order be entered discharging

```
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/13/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
        CASE NO. 04 B 25050 JOSEPH GEORGE EWONAITIS SR & SABINE CHARLOTTE EWON
```